## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No.  09-cr-00518-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERARDO R. ROBERTSON,

    Defendant.

## MINUTE ORDER[1]

On February 22, 2010, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter.  After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1.  That a change of plea hearing is set for **March 3, 2010**, at 11:00 a.m.; and

2.  That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  February 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.