**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00518-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GERARDO R. ROBERTSON,

      Defendant.

---

## MINUTE ORDER[1]

---

      Due to a conflict arising on the court's calendar the sentencing hearing previously set for May 14, 2010, is **VACATED** and is **CONTINUED** pending further order of court.

      **IT IS FURTHER ORDERED** that on **May 17, 2010**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: May 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.