**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00518-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERARDO R. ROBERTSON,

    Defendant.

---

## MINUTE ORDER[1]

---

    On May 17, 2010, the court conducted a setting conference with defense counsel by telephone and government's counsel appeared in chambers, to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

    **IT IS ORDERED** that on **June 2, 2010**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter.

    Dated: May 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.