**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00518-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GERARDO R. ROBERTSON,

      Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On September 14, 2011, the probation officer submitted a petition for early termination of probation in this case. On September 15, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 15, 2011, and on September 20, 2011, Assistant United States Attorney James Allison responded with no objection to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, September 26, 2011.

                                    BY THE COURT:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge